UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN TAPIA REYES,

    Petitioner,

v.

K. SELBEL,

    Respondent.

Case No. 17-cv-04190-SI

**ORDER EXTENDING DEADLINES**

Re: Dkt. No. 9

Respondent has filed an *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney David Rose, the court GRANTS respondent's request. (Docket No. 9.) Respondent must file and serve his response to the petition no later than **December 22, 2017.** Petitioner must file and serve his traverse no later than **January 19, 2018.**

**IT IS SO ORDERED**.

Dated: October 30, 2017

_____
SUSAN ILLSTON
United States District Judge