UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN TAPIA REYES,

    Petitioner,

v.

K. SELBEL,

    Respondent.

Case No. 17-cv-04190-SI

**ORDER EXTENDING DEADLINES**

Re: Dkt. No. 11

Respondent has filed a second *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney David Rose, the court GRANTS respondent's request. (Docket No. 11.) Respondent must file and serve his response to the petition no later than **January 12, 2018.** No further extensions of this deadline should be expected. Petitioner must file and serve his traverse no later than **February 9, 2018.**

    **IT IS SO ORDERED**.

Dated: December 12. 2017

SUSAN ILLSTON
United States District Judge