UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN TAPIA REYES,

    Petitioner,

v.

K. SELBEL,

    Respondent.

Case No. 17-cv-04190-SI

**ORDER EXTENDING DEADLINES**

Re: Dkt. No. 14

Petitioner has filed an *ex parte* request for an extension of time to file his opposition to respondent's motion to dismiss the petition for writ of habeas corpus. Upon due consideration, the court GRANTS petitioner's request. Docket No. 14. Petitioner must file and serve his opposition to the motion to dismiss no later than **March 23, 2018.** Respondent must file and serve his reply, if any, no later than **April 20, 2018.**

    **IT IS SO ORDERED**.

Dated: February 16, 2018

_____
SUSAN ILLSTON
United States District Judge