UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN TAPIA REYES,<br>　　　　Petitioner,<br>　　v.<br>K. SELBEL,<br>　　　　Respondent. | Case No. 17-cv-04190-SI<br><br>**ORDER EXTENDING DEADLINE**<br>Re: Dkt. No. 17 |

Respondent has filed an *ex parte* request for an extension of time to file a reply in support of his motion to dismiss the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney David H. Rose, the court GRANTS respondent's request. (Docket No. 17.) Respondent must file and serve his reply, if any, no later than **May 20, 2018.**

**IT IS SO ORDERED**.

Dated: March 26, 2018

SUSAN ILLSTON
United States District Judge